Marc T. Rasich (#9279)
Matthew D. Thayne (#9424)
Monica S. Call (#11361)
Stoel Rives LLP
Suite 1100, One Utah Center
201 South Main Street
Salt Lake City, Utah 84111
Telephone (801) 328-3131
Fax (801) 578-6999

Attorneys for Plaintiff Park City Group, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PARK CITY GROUP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLICATION DEVELOPMENT CONSULTANTS, INC., a Florida corporation, dba APPLIED DATA COMMUNICATIONS INC.,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO AMEND AND AMENDED SCHEDULING ORDER**<br><br>Case No. 2:07 CV 00048-CW<br><br>District Judge Clark Waddoups |
| And related counterclaims | |

The Court, having reviewed the stipulation and motion for extension of time filed by the parties (docket #39) and good cause appearing therefore, hereby GRANTS the motion and ORDERS as follows:

| 1. | | **RULE 26(a)(2) REPORTS FROM EXPERTS** | **DATE** |
|---|---|---|---|
| | a. | Plaintiff | 4/23/09 |
| | b. | Defendant | 4/23/09 |
| | c. | Counter reports | 5/20/09 |

| 2. | OTHER DEADLINES | | DATE |
|---|---|---|---|
| a. | Discovery to be completed by: | | |
| | Fact discovery | | 3/19/09 |
| | Expert discovery | | 6/13/09 |
| b. | Deadline for filing dispositive or potentially dispositive motions | | 6/20/09 |

| 3. | SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION | | DATE |
|---|---|---|---|
| a. | Evaluate case for Settlement/ADR on | | 4/9/09 |

| 4. | TRIAL AND PREPARATION FOR TRIAL | TIME | DATE |
|---|---|---|---|
| a. | Rule 26(a)(3) Pretrial Disclosures | | |
| | Plaintiff | | *10/02/09* |
| | Defendant | | *10/16/09* |
| b. | Objections to Rule 26(a)(3) Disclosures (if different than 14 days provided in Rule) | | |
| c. | Special Attorney Conference on or before | | *10/30/09* |
| d. | Settlement Conference on or before | | *10/30/09* |
| e. | Final Pretrial Conference | 2:30 p.m. | *11/16/09* |
| f. | Trial                     Length | | |
| | i. Bench Trial | ___:__ _.m. | |
| | ii. Jury Trial          7 days | 8:30 a.m. | *11/30/09* |

December 9, 2008.

BY THE COURT:

_____

David Nuffer
U. S. Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2008, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which sent notification of such filing to the

following:


David M. Bennion
Parsons Behle & Latimer
201 South Main Street, Suite 1800
PO Box 45898
Salt Lake City, Utah 84145-0898


Richard E. Fee
Fee & Jeffries PA
1227 N. Franklin Street
Tampa, Florida 33602


/s/ *Ann-Marie Liddell*

SaltLake-421938.1 0053632-00007